UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MARTHA BETHEL, *et al.*, | : | Case No. 1:18-cv-354 |
| | : | |
| Plaintiffs, | : | Judge Timothy S. Black |
| | : | |
| vs. | : | |
| | : | |
| REGINA MARIE BRUMLEY-REBHOLZ, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT

This civil action is before the Court on Plaintiffs' unopposed motion for leave to file amended complaint. (Doc. 13). For good cause shown, and there being no apparent prejudice to the Defendant, that motion (Doc. 13) is **GRANTED**.

For the foregoing reasons:

1) Plaintiffs shall file the amended complaint (Doc. 13-1) forthwith as a separate docket entry.

2) The Clerk shall amend the docket and case information to reflect that West Chester Hospital, LLC is added as a defendant in this action.

3) The Clerk shall amend the docket and case information to reflect that Regina Marie Brumley-Rebholz is no longer a defendant in this action. Accordingly, Brumley-Rebholz's motion for judgment on the pleadings (Doc. 11) is **DENIED as moot.**

**IT IS SO ORDERED.**

Date: 10/16/18

Timothy S. Black
United States District Judge