Golden Rule®
A UnitedHealthcare Company
P.O. Box 31374
Salt Lake City, UT 84131-0374

February 8, 2017

Richard Bethel Jr.
7930 Woodview Court
Maineville, OH 45039

Identification No: 094038242
Claimant: Richard Bethel Jr.
Insured: Richard Bethel Jr.
RE: Outstanding claims

Dear Mr. Bethel:

We have written on two prior occasions requesting a fully completed Claimant's Statement and Authorization.

Since we have been unable to obtain the information we need, we are denying your outstanding claims in accordance with the Cooperation Provision of your contract. Additionally, no further claims will be considered for coverage for any covered person until we receive this information. Please refer to the Cooperation Provision of your contract.

If we receive the necessary information at a later date, we will reopen our review and reevaluate the claim. We specifically reserve the right to take any action we would now be taking if we had received the requested information. We are not waiving any rights with regard to the claim or coverage.

Please contact us if you have any questions. We look forward to receiving the requested information from you soon.

Sincerely,

Kerry Marshall
Medical History Review

Enclosure

(800) 657-8205
www.goldenrule.com

EXHIBIT
2