

**Golden Rule®**
A UnitedHealthcare Company

July 24, 2017

JEFFREY T. KENNEY
LAW FIRM OF DRODER & MILLER
125 WEST CENTRAL PARKWAY
CINCINNATI OH 45202

| | |
|---|---|
| Insured Name: | Richard Bethel Jr. |
| Patient Name: | Martha Bethel |
| Date of Birth: | June 24, 1957 |
| Identification Number: | 094-038-242 |

| | |
|---|---|
| Denial Reason(s): | Misrepresentation of Material Fact and Preexisting Condition |
| Contract Provision(s): | Misstatement in Application and Preexisting Condition |

Dear Mr. Kenney:

We have received notice from Medwork, the independent review entity, apprising us of the results.

After careful consideration of all relevant medical information, appropriate practice guidelines, applicable criteria, standard and interpretative guidelines, and the terms of the plan, Medwork, concurs with the original decision to rescind Mrs. Bethel's coverage with Golden Rule.

Please refer to the attached document for a case summary of this review.

The External Review process is now complete. This determination is binding except to the extent that other remedies such as judicial review may be available under State or Federal law.

If you have any questions regarding this matter, please contact me at (800) 232-5432, Extension 55258.

Sincerely,

*Robbin Eckel*
Robbin Eckel
Senior Appeal Representative

Enclosures--Copy of Medwork independent review

EXHIBIT 4

Golden Rule Insurance Company
712 Eleventh Street
Lawrenceville, Illinois 62439
(800) 657-8205